IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-10473

_____

D.C. Docket No. 4:16-cr-00154-WTM-GRS-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERIN MOSS,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

Before ED CARNES, Chief Judge, TJOFLAT, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, and GRANT, Circuit Judges:

BY THE COURT:

A member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc, it is ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.